UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKEL AMERICAN INSURANCE CO.,

    Plaintiff,

    v.

MCCARRON CORPORATION et al.,

    Defendants.

CASE NO. C05-1709JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received a notice of withdrawal and substitution of counsel from Defendant Superior Marine Services, Inc. (Dkt. # 8). This pleading is improper, as it does not comply with Local Rules W.D. Wash. GR 2(f)(4)(A). The court construes the pleading as a motion for leave to withdraw as counsel and a notice of appearance for substitute counsel. The court will consider any objection to the withdrawal and substitution filed within ten days of the date of this order. Counsel are cautioned to follow the Local Rules in the future.

Filed and entered this 2nd day of December, 2005.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
      Deputy Clerk

MINUTE ORDER